Charles ALEXANDER/RYAHIM,
Appellant,

v.

Berwin MONROE, Firearm and Tool-
mark Specialist, Arkansas State
Crime Laboratory; Frank Peretti,
Dr., Arkansas State Crime Laborato-
ry; John Langston, Circuit Judge, Pu-
laski County; John Ray White, Depu-
ty Prosecuting Attorney, Pulaski
County; Elizabeth Thomas, Deputy
Prosecuting Attorney, Pulaski Coun-
ty; Melanie Martin, Deputy Prosecut-
ing Attorney, Pulaski County; Eric
Knowles, Detective Division, Little
Rock Police Department; A. Hamby,
Detective Division, Little Rock Police
Department; M. Owens, Detective Di-
vision, Little Rock Police Depart-
ment; Melvin Vester, Detective Divi-
sion, Little Rock Police Department;
Ray, Detective Division, Little Rock
Police Department; David Simpson,
Detective Division, Little Rock Police
Department; Marcus Johnson, also
known as Marquis Dewayne Jones;
Don Trimble, Attorney; Dana A.
Reece, Attorney; Laquita Lavonne
Watson Butler, Former State Witness;
Joseph Williford, Former Jury Mem-
ber; Ernie Bailey, Former Jury Mem-
ber; Tina Gaston, Former Jury Mem-
ber; Bobby Buzbee, Former Jury
Member; Pam Savicki, Former Jury
Member; Susan Goodwin, Former
Jury Member; Vonda Odom, Former
Jury Member; Melvin Ledbetter, For-
mer Jury Member; Jean Dabbs, For-
mer Jury Member; Lambert Dyer,
Former Jury Member; Susan Grady,
Former Jury Member; Calvin Coving-
ton, Former Jury Member; Authur
Stoker, Former Jury Member (Alter-
nate); Gail Anderson, Attorney; Car-
olyn Stanley, Former Pulaski County

Circuit Court Clerk; Linda Hudson,
Patrol Officer, Little Rock Police De-
partment;—Holt, Patrol Officer, Lit-
tle Rock Police Department; Laura
Protchet, Patrol Officer, Little Rock
Police Department; Robin Terry;
Mickey Holloway, Patrol Officer;—
Johnston, Patrol Officer, Little Rock
Police Department; Arkansas State
Crime Laboratory; Little Rock Police
Department; Pulaski County, Appel-
lees.

No. 08–1281.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 13, 2009.

Charles Alexander/Ryahim, Arkansas Department of Correction, Grady, AR, for Appellant.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Charles Alexander/Ryahim (Ryahim) appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint. Ryahim also filed a motion requesting our panel review a videotape of his jury trial in another civil case.

Upon de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (explaining that an appellate court reviews de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)), we conclude dismissal was proper because a judgment in Ryahim's favor on his conspiracy claim would imply the invalidity of his conviction, and Ryahim did not allege his conviction had been overturned. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (ruling that, when a state prisoner seeks damages in a § 1983 suit, the district court must consider whether the judgment would necessarily imply invalidity of the conviction and, if it would, must dismiss the case if plaintiff cannot demonstrate that conviction has already been invalidated); *Preiser v. Rodriguez,* 411 U.S. 475, 489–90, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973) (concluding a state prisoner challenging a conviction on federal constitutional grounds is limited to habeas corpus); *Swan v. Barbadoro,* 520 F.3d 24, 25–26 (1st Cir.2008) (per curiam) (declaring, where a judgment in plaintiff's favor would impugn the validity of his conviction, the plaintiff could not circumvent a *Heck* bar by bringing claims under RICO).

We deny Ryahim's pending motion, and we affirm.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.